IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TONY LAMAR WARD JACKSON #1504055 | § | |
| v. | § | CIVIL ACTION NO. 6:09cv266 |
| JUDGE JACK SKEEN | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Plaintiff Tony Ward Jackson, an inmate of the Texas Department of Criminal Justice, Correctional Institutions Division proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges. The sole named defendant is state district judge Jack Skeen.

Jackson's complaint is essentially incomprehensible. He states that he was "trybunalled by evil" because he is "legal kin to Ms. Wilson LeBaron's fortune." He says that he was charged in Judge Skeen's court, the 241st Judicial District Court of Smith County, Texas, for unlawful possession of a weapon by a felon, but that he does not understand these charges because he should have been off parole in 1986. For relief, Jackson asks for $35 million in damages for being "trybunalled by evil from Amarillo, Texas judge and jury."

After review of the pleadings, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed. After noting that Jackson's lawsuit was incomprehensible and failed to state a claim upon which relief could be granted, the Magistrate Judge observed that the sole named

1

Defendant was a state district judge, and that lawsuits against a district judge for monetary damages are barred by the doctrine of judicial immunity.

Jackson filed objections to the Magistrate Judge's Report on August 20, 2009. These objections read, in their entirety, as follows:

> Greetings Mrs. Guthrie [sic] I've gotten a dismissal on 6:09cv266 cause no., it's over with. Who you are playing mind games I don't no [sic]. But God don't like ugly 7-31-09 I had 41.21 leave me alone, all you send goes to ACLU of Texas. I'm not trying to hear it. Evil don't win with me, nor does ugly.

Jackson's objections are without merit.

The Court has conducted a careful *de novo* review of the pleadings and documents in this case, including the Plaintiff's complaint, the Report of the Magistrate Judge, the Plaintiff's objections thereto, and all other pleadings, documents, and records in the case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Plaintiff's objections are without merit. It is accordingly

ORDERED that the Plaintiff's objections are overruled and the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

ORDERED that any and all motions which may be pending in this civil action are hereby DENIED. Finally, it is

ORDERED that the Clerk shall provide a copy of this order to the Administrator of the Sanction and Three Strike List for the Eastern District of Texas.

**SIGNED this 25th day of August, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE